# TIFFANY & BOSCO
### P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 EAST CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Movant

19-05015

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 |
| Pauline E. Royal | Case No. 2:19-bk-16077-BKM |
| Debtor. | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | **AFFIDAVIT IN SUPPORT OF MOTION BY Nationstar Mortgage LLC d/b/a Mr. Cooper FOR RELIEF FROM AUTOMATIC STAY** |
| Movant, | |
| vs. | RE: Real Property Located at 119 South 224th Avenue Buckeye, AZ 85326 |
| Pauline E. Royal, Debtor; Russell Brown, Trustee. | |
| Respondents. | |

I, <u>Chastity Wilson</u> declare under penalty of perjury as follows:

1. I am authorized to sign this affidavit as a(n) <u>Assistant Secretary</u> of Nationstar Mortgage LLC ("Nationstar"). This affidavit is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2.  Nationstar maintains records for the loan that is secured by the mortgage described in paragraph 4 below. As part of my job responsibilities for Nationstar, I am familiar with the type of records maintained by Nationstar in connection with the loan.

3.  I have personal knowledge of the facts in this affidavit based upon a review of Nationstar's business records, and the information in this affidavit is taken from Nationstar's business records. I have personal knowledge of Nationstar's procedures for creating the records maintained by Nationstar in connection with the loan. They are: (a) made at or near the time of occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) made and kept in the usual and ordinary course of Nationstar's regularly conducted business activities; and (c) created by Nationstar as regular practice.

4.  The Debtor Pauline Royal and non-filing Co-Debtor Julie Duffy, have executed and delivered or are otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Debt Agreement"). Pursuant to that certain Deed of Trust referenced in the Motion (the "Deed of Trust"), all obligations of the Debtors under and with respect to the Debt Agreement and the Deed of Trust are secured by the property referenced in the Motion.

5.  [NOTEHOLDER] directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay. The promissory note has been duly indorsed.

6.  As of July 19, 2021, there are one or more defaults in paying post-petition amounts due with respect to the Debt Agreement.

7.  As of July 19, 2021, the unpaid principal balance of the Debt Agreement is $176,999.04.

8. The following chart sets forth those post-petition payments, due pursuant to the terms of the Debt Agreement, that have been missed by the Debtor as of July 19, 2021.

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 2 | 06/1/2021 | 07/1/2021 | $936.59 | $465.75 | $1,402.34 | $2,804.68 |
| | | | | | | |
| Less post-petition partial payments (suspense balance): | | | | | | ($145.03) |

Total: $2,659.65

9. As of July 19, 2021, the total post-petition arrearage/delinquency and amount necessary to cure the post-petition default alleged in the Motion is $2,659.65, consisting of (i) the foregoing total of missed post-petition payments in the amount of $2,659.65, plus (ii) the following post-petition fees [and advances for taxes and insurance]

| Description | Amount |
|---|---|
| Post Petition Property Inspections | $ 0.00 |
| Post Petition Late Charges | $ 0.00 |
| Post Petition NSF Fees | $ 0.00 |
| Post Petition Bankruptcy Fees | $ 0.00 |

10. The following documents are attached as exhibits and incorporated herein by reference:

(a) Attached hereto as Exhibit "A" is a post-petition payment history.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on _July 28_____, _2021_____.

Chastity Wilson
Signature

STATE OF Texas _____ )
                               ) ss.
COUNTY OF Denton _____ )

**Chastity Wilson**
**Assistant Secretary of Nationstar Mortgage LLC**
**d/b/a Mr. Cooper**
**Affiant**

**[OR]**

On this **28** day of **July** _____, 20**21**, before the undersigned Notary Public in and for the state of Texas _____, personally appeared **Chastity Wilson**, Known to me to be the person who executed the Affidavit on behalf of the above-named Movant, and acknowledged to me that he/she executed the same for the purpose therein stated.

_____
Notary Public
My commission expires:

MARY GRACIA
Notary Public, State of Texas
Comm. Expires 05-23-2024
Notary ID 130673528

**EXHIBIT "A"**

## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | PAULINE E ROYA / 0 | Payment Changes | | | | | |
|---|---|---|---|---|---|---|---|
| | | From Date | To Date | Total Amount | P&I Total | Escrow Total | Interest Rate Change |
| Case Number: | 19-16077 | | | | | | |
| Filing Date: | 12/26/19 | | | | | | |
| Payments in POC | $0.00 | | | | | | |
| First Post Due Date | 01/01/20 | | | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Applied (P&I and) | Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | $ - | $ - |
| 01/15/20 | $1,249.49 | | | 1,249.49 | | | | | 1,249.49 | 1,249.49 |
| 02/14/20 | $1,269.81 | 01/01/20 | $1,259.65 | 1,259.65 | | | | | 1,269.81 | 2,519.30 |
| 02/17/20 | | 02/01/20 | $1,259.65 | $ - | | $1,259.65 | | | (1,259.65) | 1,259.65 |
| 02/17/20 | | | | $ - | | $1,259.65 | | | (1,259.65) | $ - |
| 03/20/20 | $1,289.65 | 03/01/20 | $1,259.65 | 30.00 | | | | | 1,289.65 | 1,289.65 |
| 03/23/20 | | | | 30.00 | | $1,259.65 | | | (1,259.65) | 30.00 |
| 04/20/20 | $1,260.00 | 04/01/20 | $1,259.65 | 30.35 | | | | | 1,260.00 | 1,290.00 |
| 04/21/20 | | | | 30.35 | | $1,259.65 | | | (1,259.65) | 30.35 |
| 05/08/20 | $1,229.30 | 05/01/20 | $1,259.65 | (0.00) | | | | | 1,229.30 | 1,259.65 |
| 05/11/20 | | | | (0.00) | | $1,259.65 | | | (1,259.65) | $ - |
| 06/15/20 | $1,259.65 | 06/01/20 | $1,259.65 | (0.00) | | | | | 1,259.65 | 1,259.65 |
| 06/16/20 | | | | (0.00) | | $1,259.65 | | | (1,259.65) | $ - |
| 07/24/20 | $1,300.00 | 07/01/20 | $1,259.65 | 40.35 | | | | | 1,300.00 | 1,300.00 |
| 07/27/20 | | | | 40.35 | | $1,259.65 | | | (1,259.65) | 40.35 |
| 09/09/20 | $1,400.00 | 08/01/20 | $1,259.65 | 180.70 | | | | | 1,400.00 | 1,440.35 |
| 09/10/20 | | | | 180.70 | | $1,259.65 | | | (1,259.65) | 180.70 |
| 09/22/20 | $900.00 | | | 1,080.70 | | | | | 900.00 | 1,080.70 |
| 10/19/20 | $400.00 | 09/01/20 | $1,259.65 | 221.05 | | | | | 400.00 | 1,480.70 |
| 10/20/20 | | | | 221.05 | | $1,259.65 | | | (1,259.65) | 221.05 |
| 11/06/20 | $1,000.00 | | | 1,221.05 | | | | | 1,000.00 | 1,221.05 |
| 11/19/20 | $700.00 | 10/01/20 | $1,259.65 | 661.40 | | | | | 700.00 | 1,921.05 |
| 11/20/20 | | | | 661.40 | | $1,259.65 | | | (1,259.65) | 661.40 |
| 11/23/20 | $598.25 | 11/01/20 | $1,259.65 | $ - | | | | | 598.25 | 1,259.65 |
| 12/21/20 | $700.00 | | | 700.00 | | | | | 700.00 | 1,959.65 |
| 12/22/20 | | | | 700.00 | | | | | 700.00 | 700.00 |
| 01/08/21 | $ 600.00 | | | 1,300.00 | | | | | 600.00 | 1,300.00 |
| 01/11/21 | $ 1,000.00 | 12/01/20 | $ 1,402.34 | 897.66 | | | | | 1,000.00 | 2,300.00 |
| 01/12/21 | | | | 897.66 | | $ 1,402.34 | | | (1,402.34) | 897.66 |
| 01/31/21 | $ 400.00 | | | 1,297.66 | | | | | 400.00 | 1,297.66 |
| 03/10/21 | $ 1,649.71 | 01/01/21 | $ 1,402.34 | 1,545.03 | | | | | 1,649.71 | 2,947.37 |
| 03/11/21 | | 02/01/21 | $ 1,402.34 | 142.69 | | $ 1,402.34 | | | (1,402.34) | 1,545.03 |
| 03/11/21 | | | | 142.69 | | $ 1,402.34 | | | (1,402.34) | 142.69 |
| 04/07/21 | $ 1,402.34 | 03/01/21 | $ 1,402.34 | 142.69 | | $ 1,402.34 | | | (1,402.34) | 142.69 |
| 04/08/21 | | | | 142.69 | | | | | 1,402.34 | 1,545.03 |
| 05/17/21 | $ 702.34 | | | 845.03 | | $ 1,402.34 | | | (1,402.34) | 142.69 |
| 05/18/21 | $ 700.00 | 04/01/21 | $ 1,402.34 | 142.69 | | | | | 702.34 | 845.03 |
| 05/19/21 | | | | 142.69 | | $ 1,402.34 | | | (1,402.34) | 142.69 |
| 06/18/21 | $ 700.00 | | | 842.69 | | | | | 700.00 | 842.69 |
| 07/14/21 | $ 704.68 | 05/01/21 | $ 1,402.34 | 145.03 | | | | | 704.68 | 1,547.37 |
| 07/15/21 | | | | 145.03 | | $ 1,402.34 | | | (1,402.34) | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |
| | | | | $ 145.03 | | | | | $ - | 145.03 |